UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OLDCASTLE SOUTHERN GROUP,
INC.,

          Plaintiff,

v.          3:10cv345-WS

BURNHAM PAVING, L.L.C., BURNHAM
PAVING & STRIPING, L.L.C.; JASON C.
BURNHAM; AND KENNETH E. BURNHAM,

          Defendants.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation (doc. 69) docketed February 23, 2012.  The magistrate judge recommends that the clerk be directed to enter a default against hte corporate defendants, Burnham Paving, LLC, and Burnham Paving & Striping, LLC, for their failure to appear through counsel as ordered.  No objections to the report and recommendation have been filed.

     The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

     1.  The magistrate judge's report and recommendation (doc. 69) is hereby ADOPTED and incorporated by reference in this order.

     2.  The clerk shall enter a default against the corporate defendants, Burnham

Paving, LLC, and Burnham Paving & Striping, LLC, for their failure to appear through counsel as previously ordered.

DONE AND ORDERED this      26th      day of      March     , 2012.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE