IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OLDCASTLE SOUTHERN GROUP, INC.,
f/k/a APAC SOUTHEAST, INC.,
     Plaintiff,

v.                                    3:10cv345/WS/CJK

BURNHAM PAVING, LLC, et al.,
     Defendants.
_____

## REPORT AND RECOMMENDATION

       I have previously entered an Order and Report and Recommendation (Doc. 88) recommending that the clerk be directed to enter defaults against defendants Jason C. Burnham and Kenneth E. Burnham, defaults having already been entered against Burnham Paving, LLC and Burnham Paving & Striping, LLC.  I also required plaintiff, Oldcastle Southern Group, Inc. to file affidavits proving up its items of damages claimed, including attorneys fees and costs.  Defendant, Jason C. Burnham, has now filed a Suggestion of Bankruptcy (Doc. 93), and as to that defendant only, I have entered a Notice of Stay (Doc. 95).  I allowed the remaining defendants 20 days to respond to the affidavits filed by plaintiff, and I find that no response has been filed.

       Upon consideration of the affidavits filed by Oldcastle Southern Group, Inc., it is respectfully RECOMMENDED as follows:

1.      That plaintiff should recover against defendants Burnham Paving, LLC, Burnham Paving & Striping, LLC and Kenneth E. Burnham, jointly and severally, the principal amount of $84,804.59, with prejudgment interest, pursuant to the invoices attached to the affidavit, at a rate of 18% per annum, commencing September 9, 2010, through June 21, 2012, in the amount of $27,225.75 ($41.82 per diem), as well as attorneys fees in the amount of $29,698.00, and costs in the amount of $1,230.27.

2.      That judgment be entered against the defendants, Burnham Paving, LLC, Burnham Paving & Striping, LLC, and Kenneth E. Burnham, jointly and severally, in the total amount of $142,958.61.

3.      That all outstanding motions be DENIED as MOOT, but without prejudice to plaintiff's right to engage in discovery upon lifting of the bankruptcy stay.

At Pensacola, Florida this 12th day of July, 2012.

*/s/ Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

## <u>NOTICE TO THE PARTIES</u>

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).