UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OLDCASTLE SOUTHERN GROUP,
INC.,

        Plaintiff,

v.        3:10cv345-WS

BURNHAM PAVING, L.L.C., BURNHAM
PAVING & STRIPING, L.L.C.; JASON C.
BURNHAM; AND KENNETH E. BURNHAM,

        Defendants.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 88) docketed June 12, 2012. The magistrate judge recommends that the clerk be directed to enter a default against Jason C. Burnham and Kenneth E. Burnham for their repeated failure to comply with numerous orders of the court. No objections to the report and recommendation have been filed.

On June 27, 2012, Jason C. Burnham filed a suggestion of bankruptcy (doc. 93). The case is stayed pursuant to 11 U.S.C. § 362 as to Jason C. Burnham only. See Doc. 95.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted as to Kenneth E. Burnham.

Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 88) is hereby ADOPTED and incorporated by reference in this order.

    2.  The clerk shall enter a default against Kenneth E. Burnham.

    DONE AND ORDERED this     17th     day of      July    , 2012.


                                      s/ William Stafford
                                      WILLIAM STAFFORD
                                      SENIOR UNITED STATES DISTRICT JUDGE