UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

OLDCASTLE SOUTHERN GROUP,
INC.,

        Plaintiff,

v.                              3:10cv345-WS

BURNHAM PAVING, L.L.C., BURNHAM
PAVING & STRIPING, L.L.C.; JASON C.
BURNHAM; AND KENNETH E. BURNHAM,

        Defendants.

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 96) docketed July 12, 2012.  The magistrate judge recommends that the clerk be directed to enter judgment against the defendants, Burnham Paving, LLC, Burnham Paving & Striping, LLC, and Kenneth E. Burnham, jointly and severally, in the total amount of $142,958.61.  The case has been stayed as to a fourth defendant, Jason C. Burnham, pursuant to 11 U.S.C. § 362.  No objections to the report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 96) is

hereby ADOPTED and incorporated by reference in this order.

    2.  The clerk shall enter judgment, by default, against the defendants, Burnham Paving, LLC, Burnham Paving & Striping, LLC, and Kenneth E. Burnham, jointly and severally, in the total amount of $142,958.61.

    DONE AND ORDERED this   20th   day of    August   , 2012.


                                       s/ William Stafford
                                       WILLIAM STAFFORD
                                       SENIOR UNITED STATES DISTRICT JUDGE