IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

OLDCASTLE SOUTHERN GROUP, INC.,
f/k/a APAC SOUTHEAST, INC.,
    Plaintiff,

v.                                     3:10cv345/WS/CJK

BURNHAM PAVING, LLC, et al.,
    Defendants.
_____

## REPORT AND RECOMMENDATION

Plaintiff has filed with the court a status report (doc. 107), advising the court that the remaining defendant, Jason C. Burnham was discharged from bankruptcy on October 10, 2012, as reflected in document 106. Plaintiff further advised that the bankruptcy matter discharged Jason C. Burnham of any debt owed in this action. The court then issued an Order to Show Cause (doc. 108), asking whether plaintiff could show any cause why this matter should not be dismissed with prejudice. No response has been made.

Accordingly, it is respectfully RECOMMENDED:

1. That this cause be DISMISSED WITH PREJUDICE as to defendant Jason C. Burnham.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 27th day of November, 2012.

*/s/ Charles J. Kahn, Jr.*
CHARLES J. KAHN, JR.
UNITED STATES MAGISTRATE JUDGE

NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of any objections shall be served upon the magistrate judge and all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).